UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BANC OF AMERICA LEASING AND CAPITAL LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 09-1063 |
| WILDWOOD INDUSTRIES, INC., GARY K. WILDER and TONI JO WILDER | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On December 21, 2009, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Plaintiff brought this litigation alleging breach of contract and seeking an order of replevin for the relevant Assembly Lines and Leased Equipment. On two separate occasions, in November and December 2009, the Magistrate Judge directed the Plaintiff to show cause why this case should not be dismissed because

of the pending bankruptcies.  Plaintiff was last directed to file a response by December 18, 2009.  As of January 11, 2010, Plaintiff has failed to respond.  Therefore, the Court concurs with the recommendation that Plaintiff's Complaint be dismissed for want of prosecution.

Accordingly, the Court now adopts the Report & Recommendation [#12] of the Magistrate Judge in its entirety.  This case is DISMISSED without prejudice.

ENTERED this 11th day of January, 2010.

                                             s/Michael M. Mihm
                                             Michael M. Mihm
                                             United States District Judge